The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY POINT COMMERCIAL, LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS INC., a Delaware corporation,<br><br>                Defendant. | No. 2:17-cv-01015-JLR<br><br>[PROPOSED] ORDER EXTENDING JOINT STATUS REPORT DEADLINE |

THIS MATTER having come before the Court on the Parties' Stipulation for Order Extending Joint Status Report Deadline and Notice of Withdrawal of Motion to Dismiss. The Court being fully advised as to the issues presented, the Court hereby ORDERS, ADJUDGES AND DECREES that the Parties Stipulation for Order Extending Joint Status Report Deadline is hereby GRANTED. The deadlines are extended as follows:

    Deadline for Defendant Dick's Sporting Goods to answer
    or otherwise respond to the First Amended Complaint:    8/26/207

    Deadline for FRCP 26(f) Conference:    8/31/2017

    Initial Joint Status Report and Discovery Plan:    9/14/2017

    IT IS FURTHER ORDERED, that the Defendant's Motion to Dismiss (Dkt. No. 6) is struck.

//

[PROPOSED] ORDER EXTENDING JOINT STATUS REPORT DEADLINE - 1
Case No. 2:17-cv-01015-JLR

51625715.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

```
1    SO ORDERED
2    DATED this 8th day of August, 2017.
```

                                                    _____
                                                    James L. Robart
                                                    United States District Judge

*Presented by:*

*s/ Jeffrey G. Frank*
Bradley P. Thoreson, WSBA #18190
Jeffrey G. Frank, WSBA #16287
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: brad.thoreson@foster.com
       jeff.frank@foster.com
*Attorneys for Plaintiff*

*s/ Matthew Turetsky*
Matthew Turetsky, WSBA #13580
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: 206.689.1222
Fax: 206.292.0460
Email: mturetsky@schwabe.com
*Attorneys for Defendant Dick's Sporting Goods, Inc.*

[PROPOSED] ORDER EXTENDING JOINT STATUS REPORT
DEADLINE - 2
Case No. 2:17-cv-01015-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51625715.1

## CERTIFICATE OF SERVICE

I certify that on August 3, 2017, a true copy of the foregoing document was served electronically upon the parties via CM/ECF, or as indicated, as follows:

Matthew Turetsky, WSBA #23611
Claire L. Rootjes, WSBA #42178
Schwabe, Williamson & Wyatt, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Phone: 206-622-1711
Fax: 206-292-0460
mturetsky@schwabe.com
crootjes@schwabe.com

☐ via Hand Delivery
☐ via First Class Mail, postage prepaid
☐ via Facsimile
☐ via E-mail
☒ via Electronic Court Filing

*Attorneys for Defendant*

*s/ Marci L. Brandt*
Marci L. Brandt, Legal Assistant

[PROPOSED] ORDER EXTENDING JOINT STATUS REPORT DEADLINE - 3
Case No. 2:17-cv-01015-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51625715.1