1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMOKEY POINT COMMERCIAL, LLC, a
Washington limited liability company,

                            Plaintiff,

    v.

DICK'S SPORTING GOODS INC., a
Delaware corporation,

                        Defendant.

No. 2:17-cv-01015-JLR

STIPULATION TO EXTEND INITIAL
DISCLOSURES DEADLINE

Plaintiff Smokey Point Commercial, LLC ("Smokey Point") and Defendant Dick's
Sporting Goods, Inc. ("Dick's Sporting Goods"), by and through their counsel of record, hereby
stipulate to extend the deadline to exchange the FRCP 26(a)(1) initial disclosures to September 13,
2017.

This stipulation and request for extension is made for good cause. Dick's Sporting Goods
filed a pending Motion to Dismiss (Dkt. No. 6) on July 13, 2017. Smokey Point filed its First
Amended Complaint (Dkt. No. 11) on August 1, 2017. Dick's Sporting Goods agreed to accept
the First Amended Complaint as the operative pleading in this action and withdraw its Motion to
Dismiss (Dkt. No. 6). In light of the First Amended Complaint, issues remained unresolved and
the parties required additional time to analyze the First Amended Complaint. Accordingly, the
parties stipulated to extend the deadline for FRCP 26(f) conference to August 31, 2017, extend the
deadline for the submission of the Joint Status Report and discovery plan to September 14, 2017,
and extend the deadline for Dick's Sporting Goods to answer or otherwise respond to the First
Amended Complaint to August 26, 2017. The Court approved the parties' stipulation by Order
dated August 8, 2017 (Dkt. No. 14). Dick's Sporting Goods filed a motion to dismiss the First
Amended Complaint on August 25, 2017 (Dkt. No. 15).

1    Given the additional issues for consideration, and the extended case management

2 deadlines, the parties have further stipulated to extend the deadline for exchange of initial

3 disclosures to September 13, 2017.  Such exchange will take place before the deadline for the

4 parties to submit their Joint Status Report and Discovery Plan, which is due on or before

5 September 14, 2017.

6    For these reasons, the parties respectfully request that the Court set the deadline for the

7 parties to exchange initial disclosures for September 13, 2017.

8    DATED this September 8, 2017.

9
/s/ Bradley P. Thoreson
Bradley P. Thoreson, WSBA #18190
10
Jeffrey G. Frank, WSBA #16287
FOSTER PEPPER PLLC
11
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
12
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
13
Email: brad.thoreson@foster.com
     jeff.frank@foster.com
14
*Attorneys for Plaintiff*

15

16
/s/ Matthew Turetsky
Matthew Turetsky, WSBA #23611
17
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 Fifth Avenue, Suite 3400
18
Seattle, WA 98101-4010
Tel: 206.689.1222
19
Fax: 206.292.0460
Email: mturetsky@schwabe.com
20
*Attorneys for Defendant*

21

22

23

24

25

26

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

I hereby certify that on 8th day of September, 2017, I electronically filed the following **STIPULATION TO EXTEND INITIAL DISCLOSURES DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bradley P. Thoreson, WSBA #18190
Jeffrey G. Frank, WSBA #16287
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: brad.thoreson@foster.com
       jeff.frank@foster.com
Attorneys for Plaintiff

/s/ Matthew Turetsky
Matthew Turetsky, WSBA #23611

STIPULATION TO EXTEND
INITIAL DISCLOSURES DEADLINE - 3
Case No. 2:17-cv-01015-JLR

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY POINT COMMERCIAL, LLC, | Case No. 2:17-cv-01015-JLR |
| Plaintiff, | [PROPOSED] ORDER EXTENDING INITIAL DISCLOSURES DEADLINE |
| v. | |
| DICK'S SPORTING GOODS, INC., a Delaware corporation, | |
| Defendant. | |

THIS MATTER having come before the Court on the Parties' Stipulation to Extend (Stip. Dkt. # 16).) Initial Disclosures Deadline. The Court being fully advised as to the issues presented, the Court hereby ORDERS, ADJUDGES AND DECREES that the deadline to exchange the FRCP 26(a)(1) initial disclosures shall be September 13, 2017. Having extended the deadlines already, this will be the last extension granted.

SO ORDERED.

Dated this 11ᵗʰ day of _____Sept._____, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING INITIAL DISCLOSURES
DEADLINE:  CASE NO. 2:17-CV-01015-JLR - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\131767\225198\MAT\21440295.1

Presented By:

By: s/ Bradley P. Thoreson
     Bradley P. Thoreson, WSBA #18190
     Jeffrey G. Frank, WSBA #16287
     FOSTER PEPPER PLLC
     1111 Third Avenue, Suite 3000
     Seattle, Washington 98101-3292
     Telephone: (206) 447-4400
     Facsimile: (206) 447-9700
     Email: brad.thoreson@foster.com
     jeff.frank@foster.com

     *Attorneys for Plaintiff*


By: s/ Matthew Turestsky
     Matthew Turetsky, WSBA #23611
     SCHWABE WILLIAMSON & WYATT, PC
     1420 5th Avenue, Suite 3400
     Seattle, WA  98101-4010
     Tel:     206.689.1222
     Fax:    206.292.0460
     Email:  mturetsky@schwabe.com

     *Attorneys for Defendant*

[PROPOSED] ORDER EXTENDING INITIAL DISCLOSURES
DEADLINE:  CASE NO. 2:17-CV-01015-JLR - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

PDX\131767\225198\MAT\21440295.1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

I hereby certify that on 8th day of September, 2017, I electronically filed the following **[PROPOSED] ORDER EXTENDING INITIAL DISCLOSURES DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bradley P. Thoreson, WSBA #18190
Jeffrey G. Frank, WSBA #16287
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: brad.thoreson@foster.com
jeff.frank@foster.com

*Attorneys for Plaintiff*

s/ Matthew Turetsky
Matthew Turetsky, WSBA #23611

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\131767\225198\MAT\21440295.1