THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKEY POINT COMMERCIAL, LLC, | Case No. 2:17-cv-01015-JLR |
| Plaintiff, | STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| DICK'S SPORTING GOODS, INC., a Delaware corporation, | |
| Defendant. | |

## **STIPULATION**

The parties having entered into a settlement agreement,

IT IS HEREBY STIPULATED by counsel for the parties hereto, that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

Dated this 22nd day of December, 2017.

FOSTER PEPPER, PLLC

By: s/Jeffrey G. Frank
    Bradley P. Thoreson, WSBA # 18190
    Jeffrey G. Frank, WSBA #16287
    *Attorneys for Plaintiff Smokey Point*
    *Commercial, LLC*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/Matthew Turetsky
    Matthew Turetsky, WSBA #23611
    *Attorneys for Defendant Dick's*
    *Sporting Goods, Inc.*

STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE: CASE NO. 2:17-CV-01015 - 1
PDX\131767\225198\MAT\22086014.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

1

<u>ORDER OF DISMISSAL</u>

2

It is so ordered.

3

DATED this **22**ᵗʰ day of ___Decenber___ , 201__ .

4

5

6

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE: CASE NO. 2:17-CV-
01015 - 2
PDX\131767\225198\MAT\22086014.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

I hereby certify that on the 22nd day of December, 2017, I caused to be served the foregoing **JOINT STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL** on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

Bradley P. Thoreson, WSBA #18190
Jeffrey G. Frank, WSBA #16287
Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: brad.thoreson@foster.com
Email: jeff.frank@foster.com
*Attorneys for Plaintiff Smokey Point Commercial, LLC*

s/ Matthew Turetsky
Matthew Turetsky, WSBA #23611

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\131767\225198\MAT\22086014.1